No. 86–2004.   HOWITT v. UNITED STATES DEPARTMENT OF COMMERCE.   C. A. Fed. Cir.   Certiorari denied.

No. 86–2005.   CASEY ET AL. v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 86–2006.   VOICE OF AMERICANISM ET AL. v. KENDALL ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–2009.   ITEL CONTAINERS INTERNATIONAL CORP. ET AL. v. M/V C. C. SAN FRANCISCO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–2010.   DUQUEMIN ET AL. v. HORSESHOE BEND PROPERTIES, INC.   C. A. 11th Cir.   Certiorari denied.

No. 86–2011.   WILSON ET AL. v. ARMSTRONG WORLD INDUSTRIES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–2012.   COLE v. UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 86–2014.   JOHNSON v. HETTLEMAN ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–2016.   MYERS ET AL. v. MORRIS ET AL.; and
No. 87–61.   LALLAK ET AL. v. MORRIS ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–2017.   HOLDING v. SOVRAN BANK ET AL.   Sup. Ct. Va. Certiorari denied.

No. 86–2020.   MACZKO v. JOYCE.   C. A. 6th Cir.   Certiorari denied.

No. 86–2021.   GIL-ZAPATA v. UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ET AL. C. A. 11th Cir.   Certiorari denied.

No. 86–2022.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. 8th Cir.   Certiorari denied.